9th Cir. Certiorari denied. *George H. Hauerken* for petitioner. *Clarence G. Morse* for respondent.

No. 317. FLICK *v.* JOHNSON, SECRETARY OF DEFENSE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Joseph S. Robinson, Earl J. Carroll, George T. Davis, Fred W. Shields, James D. Graham, Jr.* and *Dayton M. Harrington* for petitioner. *Solicitor General Perlman* for respondents.

No. 340. OLDFIELD *v.* THE ARTHUR P. FAIRFIELD ET AL. C. A. 9th Cir. Certiorari denied. *Kneland C. Tanner* and *Edwin J. Friedman* for petitioner.

No. 366. POTASH *v.* CLARK, ATTORNEY GENERAL, ET AL. United States Court of Appeals for the District of Columbia Circuit. McGrath substituted as a party respondent for Clark. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *Lee Pressman, Joseph Forer, David Rein, Carol King* and *William L. Standard* for petitioner. *Solicitor General Perlman* for respondents.

No. 23, Misc. COLTON ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89, Misc. JONES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92, Misc. PICKENS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.